AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   4-19-MJ-582-1 |
| Latosha L. Prather ) | |
| ) | Charging District's |
| *Defendant* ) | Case No.   2:19:CR:138 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the     Eastern     District of   Virginia   ,
*(if applicable)*   Norfolk     division. The defendant may need an interpreter for this language:
N/A     .

The defendant requests court-appointed counsel.

The defendant remains in custody after the initial appearance. The Order to transport her is STAYED pending the Government's appeal of the Order Setting Conditions of Release. Defendant shall remain in USMS custody in Iowa, pending this appeal. If the Appeal is granted, the U. S. Marshals shall transport the Defendant, as provided below. If the Appeal is denied, Defendant will be released on Conditions, under the supervision of the U. S. Probation Office for the Southern District of Iowa, and will be responsible for arranging her own transportation to the Eastern District of Virginia, for Arraignment, at a date and time set by that District.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this District must promptly transmit the papers and any bail to the charging district.

Date:   08/29/2019

*Celeste F. Bremer* (signature)

Celeste F. Bremer, U.S. Magistrate Judge
*Printed name and title*